UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER CAIN,

          **Plaintiff,**

v.                                     Case No. 12-15582

CITY OF DETROIT, et al.,         HON. TERRENCE G. BERG
                                               HON. MONA K. MAJZOUB

          **Defendants.**
_____/

## ORDER GRANTING IN PART PLAINTIFF'S
## MOTION TO COMPEL DISCOVERY

    This matter comes before the Court on Plaintiff Christopher Cain's motion to compel discovery, filed on March 21, 2013. Following a telephonic status conference with the attorneys of record held on April 3, 2013, the Court has considered the arguments of Defendants' counsel in partial opposition to the motion, as well as Plaintiff's arguments in support of the motion and both counsel's mutual agreement to work cooperatively to resolve the issues raised in the motion, and therefore, in accordance with the understandings expressed in the telephonic status conference, the Court shall grant Plaintiff's motion in part, subject to certain limitations.

    It is therefore ORDERED that Plaintiff's March 21, 2013 motion to compel is GRANTED IN PART, and Defendant shall produce all requested discovery materials <u>no later than May 4, 2013</u>, subject to the following limitations:

1. Defendants will make responses to interrogatories and requests to produce 2, 3, 4, 11, 12, 13, 14, 22, and 28, except that such responses will be limited at this time to matters relating to the incident that is the subject of the complaint.

2. No response need be given at this time to interrogatories and requests to produce 9 and 15.

3. Defendants will respond to interrogatory and request to produce 18, except that such response will be limited at this time to lawsuits brought against any Defendant in his or her capacity as an officer of the Detroit Police Department or other department of the City of Detroit.

4. Defendants will respond to interrogatory and request to produce 20, except that such response will be limited at this time to those officers present at the incident that is the subject of the complaint.

5. Defendants will respond to interrogatory and request to produce 21, except that such response will be limited at this time to official Detroit Police Department or City of Detroit photographs.

6. Defendants will respond to interrogatory and request to produce 32, except that such response will be limited at this time to a list of the applicable cases, identifying for each: the court, the proper case name, and the docket number.

7. Defendants may limit any responses to answers and materials under a claim of privilege or privacy right, provided that such answers and materials will be produced either pursuant to an appropriate protective order, or, in the alternative, identified by defendants in a timely submitted privilege log in accordance with the applicable rules.

Accordingly, it is hereby ORDERED that Defendants produce the withheld answers and documents, subject to the above limitations, no later than May 4, 2013.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: April 4, 2013

### Certificate of Service

I hereby certify that this Order was electronically submitted on April 4, 2013, using the CM/ECF system, which will send notification to each party.

By: s/A. Chubb
Case Manager